No. 506. CRAIN ET AL., TRUSTEES, v. UNITED STATES. Court of Claims. Certiorari denied. *Geo. E. H. Goodner* and *Scott P. Crampton* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *John R. Benney* for the United States.

No. 514. MACDONALD ET AL. v. UNITED STATES. Court of Claims. Certiorari denied. *M. Walton Hendry, Bernard J. Gallagher* and *J. Roy Thompson, Jr.* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison* and *Paul A. Sweeney* for the United States.

Nos. 520, 521, 522, 523 and 524. PARAMOUNT PICTURES, INC. ET AL. v. BALL. C. A. 3d Cir. Certiorari denied. *Charles E. Kenworthey, Wm. A. Schnader, Bernard G. Segal* and *Arlin M. Adams* for petitioners. *Joseph W. Henderson* for respondent.

No. 525. CLEMENT v. WOODS, HOUSING EXPEDITER. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Perlman, Ed Dupree* and *Nathan Siegel* for respondent.

No. 530. SEABOARD AIR LINE RAILROAD Co. v. PROSSER ET AL. Supreme Court of South Carolina. Certiorari denied. *James B. McDonough, Jr.* for petitioner.

No. 537. POINTER, DOING BUSINESS AS POINTER-WILLAMETTE Co., v. SIX WHEEL CORP. C. A. 9th Cir. Certiorari denied. *Harold L. Cook* and *Lee R. Schermerhorn* for petitioner.